NUMBER13-05-225-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

              IN THE INTEREST OF
T. M. LOFTON, A CHILD

_______________________________________________________


 

                   On appeal from the 24th District Court

                           of De Witt
County, Texas.

_______________________________________________________


 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, BRIAN RUSSELL, perfected an appeal from a
judgment entered by the   24th
District Court of De Witt County, Texas, in cause number 05-01-19,876.  The clerk=s record was filed on April 22, 2005.  No reporter=s record was filed.  Appellant=s brief was due on May 23, 2005.  To date, no
appellate brief has been received.  








When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the appellant
reasonably explains the failure and the appellee is not significantly injured
by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On June 1, 2005, notice was given to all parties that
this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. 
To date, no response has been received.

The Court, having examined and fully considered the documents on file,
appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this the 30th
day of June, 2005